IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK LAMONT ALLEN                                              PLAINTIFF

v.                          No. 4:12-cv-11-DPM

JACOBS, Deputy Sheriff; K. SMITH, Deputy
Sheriff; B. PICKARD, Deputy Sheriff; HARDY,
Deputy Sheriff; ASHLEY, Deputy Sheriff;
M. THOMAS, Deputy Sheriff; BARDEN,
Deputy Sheriff; M. LEE, Deputy Sheriff;
BOBBY BROWN, Major; CHRISWELL,
Deputy Sheriff; and GRABLE, Deputy Sheriff         DEFENDANTS

## JUDGMENT

Allen's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2012