IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK LAMONT ALLEN**                                             **PLAINTIFF**

v.                              No. 4:12-cv-11-DPM

JACOBS, Deputy Sheriff; K. SMITH, Deputy
Sheriff; B. PICKARD, Deputy Sheriff; HARDY,
Deputy Sheriff; ASHLEY, Deputy Sheriff;
M. THOMAS, Deputy Sheriff; BARDEN,
Deputy Sheriff; M. LEE, Deputy Sheriff;
BOBBY BROWN, Major; CHRISWELL,
Deputy Sheriff; and GRABLE, Deputy Sheriff        **DEFENDANTS**

## JUDGMENT

Allen's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_3 July 2012_